**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>    Plaintiff,<br><br>  vs.<br><br>SALINAS VALLEY STATE<br>PRISON, et al.,<br><br>    Defendants. | No. C 09-01568 JW (PR)<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO FILE CERTIFICATE<br>OF FUNDS |

On April 9, 2009, plaintiff filed this pro se civil rights action along with an application to proceed in forma pauperis. The same day, the clerk of the Court sent a notification to plaintiff that the application was insufficient because plaintiff had failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. (Docket No. 3.) On July 22, 2009, plaintiff filed a letter stating that he had filed an updated in forma pauperis application in a timely manner. ( Docket No. 5.) The only document this Court has received since the clerk's notice with respect to plaintiff's in forma pauperis application is an "Inmate Statement Report" filed on May 1, 2009.

To date, there is no record in this action of the Court receiving the necessary Certificate of Funds, without which the Court cannot consider granting leave to

Order Granting Extension of Time to file Certificate of Funds
P:\PRO-SE\SJ.JW\CR.09\Vaughn01568_ifp-eot.wpd

proceed in forma pauperis.  In the interest of justice, the Court will extend the time for plaintiff to file the certificate.  Plaintiff must submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison **within thirty (30) days** from the date this order is filed.

**Failure to do respond in accordance with this order will result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

The Clerk shall include two blank copies of the Certificate of Funds from the In Forma Pauperis Application with a copy of this order to plaintiff.

DATED:   August 13, 2009

JAMES WARE
United States District Judge

Order Granting Extension of Time to file Certificate of Funds
P:\PRO-SE\SJ.JW\CR.09\Vaughn01568_ifp-eot.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAY LEE VAUGHN,

        Plaintiff,

  v.

SALINAS VALLEY STATE PRISON, et al.,

        Defendants.

Case Number: CV09-01568 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/13/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray Lee Vaughn J-64236
Pleasant Valley State Prison
P. O. Box 8501
Coalinga, Ca 93210

Dated:   8/13/2009

                      Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk