**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN, | No. C 09-01568 JW (PR) |
| Plaintiff, | ORDER GRANTING FINAL EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS |
| vs. | |
| SALINAS VALLEY STATE PRISON, et al., | |
| Defendants. | |

On April 9, 2009, plaintiff filed this pro se civil rights action along with an application to proceed in forma pauperis. The application was deficient because it was missing a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. On August 14, 2009, the Court granted an extension of time for plaintiff to submit a completed Certificate of Funds. (Docket No. 6.) To date, there is no record in this action of the Court receiving the necessary Certificate of Funds, without which the Court cannot consider granting leave to proceed in forma pauperis.

In the interest of justice, the Court will extend a final extension of time for plaintiff to file the certificate. Plaintiff must submit a Certificate of Funds in Prisoner's Account *completed and signed by an authorized officer* at the prison

1 **within thirty (30) days** from the date this order is filed.

2 **Failure to do respond in accordance with this order will result in
3 dismissal of this case without prejudice for failure to pay the filing fee without
4 further notice to plaintiff.**

5 The Clerk shall include two blank copies of the Certificate of Funds from the
6 In Forma Pauperis Application with a copy of this order to plaintiff.

8 DATED: April 8, 2010

JAMES WARE
9 United States District Judge

Order Granting Final Extension of Time to file Certificate of Funds
28 P:\PRO-SE\SJ.JW\CR.09\Vaughn01568_ifp-eot-2.wpd          2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAY LEE VAUGHN,

        Plaintiff,

  v.

SALINAS VALLEY STATE PRISON, et al.,

        Defendants.

Case Number: CV09-01568 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/12/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray Lee Vaughn J-64236
CSATF/Corcoran State Prison
P. O. Box 5242
Corcoran, Ca 93212

Dated: 4/12/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk