**FILED**

SEP 0 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. KASAWA,<br><br>    Defendant. | No. C 09-01568 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed all claims against Defendant Dr. John Kasawa, and granted his motion for summary judgment. Judgement is entered in favor of Defendant. The Clerk shall close the file.

DATED: 9/8/11

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.09\Vaughn01568_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAY LEE VAUGHN,

        Plaintiff,

v.

DR. KASAWA,

        Defendant.

Case Number: CV09-01568 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/09/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray Lee Vaughn J-64236
CSATF/Corcoran State Prison
P. O. Box 5242
Corcoran, Ca 93212

Dated: _____9/09/11_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk